# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Case No.
Hon. Ray Kent

v.

TO:
ADDRESS:

| | |
|---|---|
| A lawsuit has been filed against you. | PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS |
| YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within _____ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court. | CLERK OF COURT |

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

By: Deputy Clerk        Date

---

## PROOF OF SERVICE

This summons for _____ (name of individual and title, if any) was received by me on _____ (date).

   I personally served the summons on the individual at _____ (place where served) on _____ (date).

   I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

   I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

   I returned the summons unexecuted because _____.

   Other *(specify)* _____.

     My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____

*Server's signature*

Additional information regarding attempted service, etc.:

*Server's printed name and title*

*Server's address*