UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE NO. 2,

        Plaintiff,

Case No. 1:25-cv-368

Hon. Ray Kent

v.

CLINTON COUNTY, *et al.*,

        Defendants.
_____/

## ORDER STRIKING COMPLAINT

Each page of plaintiff's complaint appears on an e-filing which is dominated by a large multi-colored cartoon dragon dressed in a suit, presumably because she is represented by the law firm of "Dragon Lawyers PC © Award Winning Lawyers".  *See* Compl. (ECF No. 1).  Fed. R. Civ. P. 12(f)(1) allows a court to "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter."  Use of this dragon cartoon logo is not only distracting, it is juvenile and impertinent.  The Court is not a cartoon.  Accordingly,

**IT IS ORDERED** that plaintiff's complaint (ECF No. 1) is **STRICKEN**.  Plaintiff is directed to file an amended complaint, containing the same allegations as the original complaint, without the cartoon dragon by no later than **May 5, 2025**.

**IT IS FURTHER ORDERED** that plaintiff shall not file any other documents with the cartoon dragon or other inappropriate content.

Dated: April 28, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge