**IN THE DISTRICT COURT FOR THE UNITED STATES OF AMERICA**
**WESTERN DISTRICT OF MICHIGAN**
*Southern Division*

**HAYLEY MAE ESSENBERG**, an individual

                               CASE NO. 25-cv-00368
      Plaintiff,        **HON. Ray Kent**

**v.**

**CLINTON COUNTY, MICHIGAN**, a state of Michigan municipality
**SHERIFF SEAN DUSH,** individually and as employee/agent Clinton County
**CLINTON COUNTY SHERIFF'S OFFICE,**
**JOHN DOES**, to be named individually and as employees/agents Clinton County
**ADVANCED CORRECTIONAL HEALTHCARE, INC.,** an Illinois corporation

                Defendants

_____/

**DRAGON LAWYERS PC ©**
*Jacob A. Perrone (P71915)*
Attorneys for Plaintiff
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
Phone: (844) 525-3529
jacob.perrone@yahoo.com
_____/

## **PLAINTIFF'S NOTICE OF TRUE NAME**
_____/

**NOW COMES** Plaintiff, *HAYLEY MAE ESSENBERG*, (hereinafter referred to as "*Essenberg*"), by and through her attorneys, **DRAGON LAWYERS PC ©**, and for her Notice of True Name states as follows:

1.        The Plaintiff hereby notifies the Court that the true name of *Jane Doe No. 2* is *Hayley Mae Essenberg*. *Essenberg* is a resident of the County of Clinton, State of Michigan, in the Western District of Michigan, Southern Division.

                              Respectfully submitted,

                              **DRAGON LAWYERS PC ©**

Dated: May 27, 2025                  /s/*Jacob A. Perrone*
                                          Jacob A. Perrone (P71915)
                                          Attorney for Plaintiff *Essenberg*
                                          325 East Grand River Ave., Suite 250
                                          East Lansing, MI 48823
                                          (844) 525-3529
                                          jacob.perrone@yahoo.com