UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYLEY MAE ESSENBERG,

        Plaintiff,

v.

COUNTY OF CLINTON, *et al.*,

        Defendants.

_____/

Case No. 1:25-cv-368

Hon. Hala Y. Jarbou

**ORDER TO SHOW CAUSE**

Plaintiff filed this action on April 2, 2025. Pursuant to Fed. R. Civ. P. 4(m),

> If a defendant is not served within 90 days after the complaint is filed, the court-- on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

The 90 days to serve defendant Advanced Correctional Healthcare, Inc. expired on July 1, 2025. There is no evidence that plaintiff has served the defendant. Based on this record, plaintiff's claims against Advanced Correctional Healthcare, Inc. are subject to dismissal pursuant to Fed. R. Civ. P. 4(m).

Accordingly, plaintiff shall show cause, in writing, within **twenty-one (21) days** of the entry of this order, why her claims against defendant Advanced Correctional Healthcare, Inc. should not be dismissed without prejudice for failure to complete service. *See* Fed. R. Civ. P. 4(m); W.D. Mich. LCivR 41.1. If good cause is not shown within that time, the Court will enter an order dismissing defendant Advanced Correctional Healthcare, Inc.

**IT IS SO ORDERED.**

Dated: October 23, 2025  /s/ Ray Kent
RAY KENT
United States Magistrate Judge