# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

HAYLEY MAE ESSENBERG

v.

CLINTON COUNTY, MI ET AL

Case No. 1:25-CV-00368
Hon. Robert J. Jonker

TO: Advanced Correctional Healthcare, Inc., an Illinois corp
ADDRESS:

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS

Jacob A. Perrone (P71915)
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(517) 719-4657

CLERK OF COURT



By: Deputy Clerk

May 27, 2025
Date

## PROOF OF SERVICE

This summons for __Advanced Correctional Healthcare, Inc., an Illinois corp__ was received by me on _____.
(name of individual and title, if any)                                                                                                                                              (date)

☐ I personally served the summons on the individual at _____
(place where served)
on _____.
(date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☒ I served the summons on __CT Corporation Services__, who is designated by law to accept service
(name of individual)
of process on behalf of __Andvanced Correctional Healthcare, Inc.__ on __November 6, 2025__.
(name of organization)                                                                                                                     (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: _____

/s/ Jacob A. Perrone
Server's signature

Jacob A. Perrone Attorney for Plaintiff
Server's printed name and title

325 East Grand River Ave., Suite 250
East Lansing, MI 48823
Server's address

Additional information regarding attempted service, etc.:

**USPS — UNITED STATES POSTAL SERVICE**

November 6, 2025

Dear Jacob Perrone:

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8902 3589 0900 0035 3559 01**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, PO Box |
| **Status Date / Time:** | November 6, 2025, 10:45 am |
| **Location:** | CHICAGO, IL 60604 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Recipient Signature

Signature of Recipient: [signature image]

Address of Recipient: [handwritten address image]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004