UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYLEY MAE ESSENBERG,

          Plaintiff,

v.

CLINTON COUNTY, *et al.*,

          Defendants.

_____/

Case No. 1:25-cv-368

Hon. Robert J. Jonker

**ORDER**

Plaintiff, through counsel, filed this prisoner civil rights lawsuit on April 2, 2025. Pending before this Court is defendant Advanced Correctional Healthcare, Inc.'s ("ACH") Emergency Motion for Enlargement of Time to Respond to Plaintiff's Complaint (ECF No. 15).

On October 23, 2025, this Court ordered plaintiff to show cause, in writing, why her claims against defendant ACH should not be dismissed without prejudice for failure to complete service (ECF No. 13). Instead of responding in writing to the Court's Order, plaintiff filed a proof of service that the Summons and Complaint had been served on defendant ACH via certified mail on November 6, 2025 (ECF No. 14).

On December 1, 2025, the day defendant ACH's answer to the complaint was due, ACH filed the present motion requesting an extension of time to file its answer pursuant to Fed. R. Civ. P. 6(b)(1)(A).

1

Fed. R. Civ. P. 6(b)(1)(A) states:

*(1) In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

The Court has reviewed defendant ACH's motion and the basis for their request for extension. Upon due consideration, the Court finds that defendant ACH's motion was timely filed and good cause exists to extend the time to respond to plaintiff's complaint. Accordingly,

**IT IS ORDERED** that defendant ACH's Emergency Motion for Enlargement of Time to Respond to Plaintiff's Complaint (ECF No. 15) is **GRANTED**. Defendant ACH shall file an answer to the complaint on or before **December 8, 2025**.

**IT IS SO ORDERED.**

Dated:  December 3, 2025                                        /s/ Ray Kent
                                                                                       RAY KENT
                                                                                       United States Magistrate Judge