# EXHIBIT A



| | Business | Trademark | | Login |

Home
Search
Forms

# Business Search

As of 12/8/2025 we have processed all business filings received in our office through 12/01/2025.

**To file a document or annual report/statement for an existing entity, search for the entity, select Request Access from the slide-out drawer, complete the questions, refresh the webpage, and select File Subsequent Document or File Annual Report/Statement.**

**The same process applies to order certificates and copies.**

You must be logged in to file documents or order certificates and copies. Click on the Login button in the top right. If you do not have an account, create one. The credentials from the previous system did not transfer to this system.

Business Search Info:



Advanced

Results: 1

| Name | Filing Date | Status | AR Standing | Entity Type | Entity ID# | Agent | AR Due Date |
|---|---|---|---|---|---|---|---|
| ADVANCED CORRECTIONAL HEALTHCARE, INC. | 01/05/2006 | Active | Good | Foreign Profit Corporation | 801048531 | THE CORPORATION COMPANY | 05/15/2026 |



Business | Trademark | Login

- Home
- Search
- Forms

# Business Search

As of 12/8/2025 we have processed all business filings received in our office through 12/01/2025.

**To file a document or annual report/statement for an existing entity, search for the entity, select Request Access from the slide-out drawer, complete the questions, refresh the webpage, and select File Subsequent Document or File Annual Report/Statement.**

**The same process applies to order certificates and copies.**

You must be logged in to file documents or order certificates and copies. Click on the Login button in the top right. If you do not have an account, create one. The credentials from the previous system did not transfer to this system.

Business Search Info:

Advanced Correctional Healthc...   *

Advanced

Results: 1

| Name | Filing Date | Status | AR Standing | Entity T... |
|---|---|---|---|---|
| ADVANCED CORRECTIONAL HEALTHCARE, INC. | 01/05/2006 | Active | Good | Foreign Profit Corpora... |

### ADVANCED CORRECTIONAL HEALTHCARE, INC.    ✕

| | |
|---|---|
| Entity Name | ADVANCED CORRECTIONAL HEALTHCARE, INC. |
| Identification # | 801048531 |
| Jurisdiction | Illinois |
| Entity Type | Foreign Profit Corporation |
| Entity Status | Active |
| AR Standing | Good |
| Common Shares | 100000 |
| AR Due Date | 05/15/2026 |
| Initial Filing Date | 01/05/2006 |
| Last Report with Officers and Directors | 2025 |
| Total Authorized Shares | 100000 |
| Shares Attributable to Michigan | 60000 |
| Current Period Apportionment % | 7.3848 |
| Current Period % Year End | 2025 |
| Resident Agent Name | THE CORPORATION COMPANY |
| Registered Office Street Address | 40600 ANN ARBOR RD E STE 201, PLYMOUTH, MI 48170 |
| President Name & Address | JESSICA YOUNG    720 COOL SPRINGS BLVD, SUITE 100, FRANKLIN, TN 37067 |
| Secretary Name & Address | ANGELA MORIARITY    720 COOL SPRINGS BLVD, SUITE 100, FRANKLIN, TN 37067 |
| Treasurer Name & Address | BRITTANY KRYSINSKI    720 COOL SPRINGS BLVD, SUITE 100, FRANKLIN, TN 37067 |
| Directors Names & Addresses | BRENDA J JOHNSON    720 COOL SPRINGS BLVD, SUITE 100, FRANKLIN, TN 37067 |
| | NORMAN R JOHNSON    720 COOL SPRINGS BLVD, SUITE 100, FRANKLIN, TN 37067 |

View History & Filings