UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HAYLEY MAE ESSENBERG,<br><br>    Plaintiff,<br><br>v.<br><br>CLINTON COUNTY, MICHIGAN et. al.,<br><br>    Defendant. | Case No: 1-25-CV-368 |

**PROPOSED ORDER ON STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT ACH MOTION TO DISMISS**

Pending before the Court is Plaintiff Hayley Mae Essenberg's ("Plaintiff") *Stipulation for an Extension of Time* for Plaintiff to answer, move, or otherwise respond to Defendant *Advanced Correctional Healthcare's* ("*ACH*") Motion to Dismiss and in support states:

1. Having considered the stipulation and applicable law, and good cause appearing therefore, the Court determines that the foregoing stipulation should be granted. Accordingly, the Court otherwise advised in premises hereby:

**ORDERS** that Plaintiff, *Hayley Mae Essenberg*, shall have through January 8, 2026, to answer, move, or otherwise respond to the Defendant *ACH's* Motion to Dismiss.

**SO ORDERED.**

Date:_____          _____
                                                                          HONORABLE JUDGE ROBERT J. JONKER

Stipulated to and Approved as to Form and Content:

/s/Jacob A. Perrone_____          /s/Devlin K. Scarber w/p JP_____
Attorney for Plaintiff                                          Attorney for Defendant *ACH*