UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYLEY MAE ESSENBERG,

    Plaintiff,

v.

CLINTON COUNTY, MICHIGAN, *et al.*,

    Defendants.
_____/

Case No. 1:25-cv-368

Hon. Robert J. Jonker

## **ORDER**

Pending before the Court is plaintiff and Advanced Correctional Healthcare's ("ACH") stipulation and proposed order for extension of time for plaintiff to respond to defendant ACH's Motion to Dismiss (ECF No. 19). Upon due consideration, the stipulation is GRANTED in part. Plaintiff may file their response on or before January 9, 2026.

Dated: January 16, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge