UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYLEY MAE ESSENBERG,

       Plaintiff,                            Case No. 1:25-cv-00368-RJJ-RSK

v.                                        Hon. Robert J. Jonker

CLINTON, COUNTY OF, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Telephone Sched Conf (R16) |
| Date/Time: | February 5, 2026   10:00 AM<br>*(previously set for January 22, 2026)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | |

*Counsel for plaintiff shall initiate the telephone call and contact the Court once all parties have joined the conference call.*

                                                                         RAY KENT
                                                                         U.S. Magistrate Judge

Dated:   January 21, 2026        By:    /s/ Brenda Glass
                                                               Paralegal