## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

HAYLEY MAE ESSENBERG,

      Plaintiff,

v.

                                   Case No.: 25-cv-00368
                                   Judge Robert J. Jonker
                                   Mag. Judge Ray Kent

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality,
SHERIFF SEAN DUSH, individually and as employee/agent Clinton County,
CLINTON COUNTY SHERIFF'S OFFICE, JOHN DOES, to be named
individually and as employees/agents Clinton County
ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation

      Defendants.

---

| | |
|---|---|
| JACOB A. PERRONE (P71915)<br>Dragon Lawyers PC<br>Attorney for Plaintiff<br>325 East Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>(844) 525-3529<br>Jacob.perrone@yahoo.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Clinton County, Dush,<br>Sheriff's Office and John Does<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>DEVLIN K. SCARBER (P64532)<br>Chapman Law Group<br>Attorney for Advanced Correctional Healthcare<br>880 West Long Lake Road, Suite 150<br>Troy, MI 48098<br>(248) 644-6326<br>dscarber@chapmanlawgroup.com<br>candrade@chapmanlawgroup.com |

---

## DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S ANSWERS TO FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendants, CLINTON COUNTY, MICHIGAN, SHERIFF SEAN DUSH,

{02588741-1 }

CLINTON COUNTY SHERIFF'S OFFICE, and JOHN DOES, by and through their attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, submit the following Motion to Compel Plaintiff's Answers to Defendant's First Interrogatories and Request for Production of Documents:

1.     Pursuant to Fed. R. Civ. P. 33 and 34, First Interrogatories and Requests for Production of Documents were served upon Plaintiff's Counsel on March 11, 2026, as appears from the Proof of Service attached to said document, a copy of which is attached hereto as **Exhibit A**.

2.     The time to answer these discovery requests has expired.

3.     Plaintiff has not filed objections to these discovery requests, requested a Protective Order, or filed a Motion for extension of time to answer.

4.     Plaintiff has refused and/or neglected to answer these discovery requests and is subject to the consequences for refusing to respond, as provided in Fed. R. Civ. P. 37.

5.     Pursuant to Fed. R. Civ. P. 37 and L.R. 7.1, movant has, in good faith, conferred or attempted to confer with Plaintiff's Counsel in an effort to obtain concurrence in the relief sought.

6.     On April 15, 2026, Defendants sent correspondence to Plaintiff's Counsel regarding Plaintiff's outstanding discovery responses and requesting a meet and confer to discuss Defendants' Motion to Compel. See attached **Exhibit B**.

7. On April 21, 2026, Defendants sent an e-mail correspondence to Plaintiff's Counsel, following up on their April 15, 2026 correspondence and Plaintiff's outstanding discovery responses. See attached **Exhibit C**.

8. In response to Defendants' April 21, 2026 correspondence, Plaintiff's Counsel agreed to a meet and confer on April 29, 2026. Plaintiff's Counsel also advised that he "should have everything back to you by next Wednesday April 29". See attached **Exhibit D**.

9. On April 29, 2026, the parties attended a meet and confer in which Plaintiff's Counsel advised answers to Defendants' discovery requests would be forthcoming.

10. On May 4, 2026, Plaintiff's counsel advised that Plaintiff's discovery responses would be sent by May 5, 2026. See attached **Exhibit E**.

11. On May 8, 2026, Plaintiffs' counsel advised that Plaintiff's discovery responses would be sent by May 10, 2026. See attached **Exhibit E**.

12. On May 28, 2026, Plaintiff advised that he would have "something" to Defendants' by May 29, 2026. When asked if Plaintiff's Counsel was referring to Plaintiff's discovery responses and if so, Defendants would refrain from filing a Motion until June 1, 2026, no response was received. See attached **Exhibit F**.

13. On June 15, 2026, Defense Counsel contacted Plaintiff's Counsel regarding concurrence in the relief sought in this Motion. No response was received.

See attached **Exhibit G**.

14.    Despite reasonable efforts, including holding a meet and confer with Plaintiff's Counsel to address the outstanding discovery responses, Plaintiff has failed to provide her responses thus necessitating the need for this Motion.

WHEREFORE, Defendants CLINTON COUNTY, MICHIGAN, SHERIFF SEAN DUSH, CLINTON COUNTY SHERIFF'S OFFICE, and JOHN DOES respectfully request that this Honorable Court enter an Order compelling Plaintiff to answer their First Interrogatories and Request for Production of Documents, under such terms and conditions as the Court shall order, and further, that this Court award costs and attorney fees incurred in the filing of this Motion.

Respectfully Submitted,

**Cummings, McClorey, Davis & Acho, P.L.C.**

By:    */s/ TIMOTHY S. FERRAND*
Timothy S. Ferrand (P39583)
Attorney for Clinton County, Dush,
Sheriff's Office and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
Dated: June 17, 2026        tferrand@cmda-law.com

{02588741-1 }4

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

HAYLEY MAE ESSENBERG,

      Plaintiff,

v.

                                  Case No.: 25-cv-00368
                                  Judge Robert J. Jonker
                                  Mag. Judge Ray Kent

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality,
SHERIFF SEAN DUSH, individually and as employee/agent Clinton County,
CLINTON COUNTY SHERIFF'S OFFICE, JOHN DOES, to be named
individually and as employees/agents Clinton County
ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation

      Defendants.

| | |
|---|---|
| JACOB A. PERRONE (P71915)<br>Dragon Lawyers PC<br>Attorney for Plaintiff<br>325 East Grand River Ave., Suite 250<br>East Lansing, MI 48823<br>(844) 525-3529<br>Jacob.perrone@yahoo.com | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Clinton County, Dush,<br>Sheriff's Office and John Does<br>19176 Hall Road, Suite 205<br>Clinton Township, MI  48038<br>(586) 228-5600<br>tferrand@cmda-law.com<br>tlange@cmda-law.com<br><br>DEVLIN K. SCARBER (P64532)<br>Chapman Law Group<br>Attorney for Advanced Correctional Healthcare<br>880 West Long Lake Road, Suite 150<br>Troy, MI 48098<br>(248) 644-6326<br>dscarber@chapmanlawgroup.com<br>candrade@chapmanlawgroup.com |

## BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S ANSWERS TO FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

      Defendants, CLINTON  COUNTY,  MICHIGAN,  SHERIFF  SEAN  DUSH,

{02588741-1 }

CLINTON COUNTY SHERIFF'S OFFICE, and JOHN DOES, by and through their

attorneys, CUMMINGS, McCLOREY, DAVIS & ACHO, PLC, bring this Motion

to Compel Discovery under Fed. R. Civ. P. 37, and rely on Fed. R. Civ. P. 37, 33

and 34.

Respectfully Submitted,

***Cummings, McClorey, Davis & Acho, P.L.C.***

By:    */s/ TIMOTHY S. FERRAND*
        Timothy S. Ferrand (P39583)
        Attorney for Clinton County, Dush,
        Sheriff's Office and John Does
        19176 Hall Road, Suite 205
        Clinton Township, MI 48038
        (586) 228-5600
Dated: June 17, 2026        tferrand@cmda-law.com

### *CERTIFICATE OF SERVICE*

I hereby certify that on June 17, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: [none]

***Cummings, McClorey, Davis & Acho, PLC***

By:    /s/ TIMOTHY S. FERRAND

## <u>CERTIFICATE OF COMPLIANCE</u>

This brief complies with the word limit of LCivR 7.3(b)(1) because, excluding

the parts exempted by LCivR 7.3(b)(1), it contains 620 words. The word count was

generated using Microsoft Word for Microsoft 365 MSO (Version 2402).

Respectfully Submitted,

***Cummings, McClorey, Davis & Acho, P.L.C.***

By:    */s/ TIMOTHY S. FERRAND*
Timothy S. Ferrand (P39583)
Attorney for Clinton County, Dush,
Sheriff's Office and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
Dated: June 17, 2026    tferrand@cmda-law.com

{02588741-1 }3