# EXHIBIT G

## Stephanie Tompkin

**From:**       Stephanie Tompkin
**Sent:**       Monday, June 15, 2026 11:31 AM
**To:**         'jacob.perrone@yahoo.com'
**Cc:**         Tara Lange; Diane Usrey
**Subject:**    Hayley Mae Essenberg v Clinton County, et al.

Good morning, Jacob:

I'm reaching out to seek your concurrence in our filing a Motion to Compel Plaintiff's answers to our written discovery requests.  Despite being told repeatedly that answers were forthcoming, we've received nothing and Plaintiff's answers are well overdue.

Stephanie

Stephanie M.S. Tompkin
Attorney
19176 Hall Road, Suite 205
Clinton Township, MI 48038
STompkin@cmda-law.com

(586) 228-5600
(586) 228-5601 fax



CUMMINGS•McCLOREY
C|M|D|A
DAVIS & ACHO, P.L.C.
ATTORNEYS AND COUNSELORS AT LAW

CONFIDENTIALITY NOTICE
This e-mail correspondence is confidential. If you are not the intended recipient, please notify the sender of the delivery error immediately, and then delete it from your system. Do not read, use, or copy this e-mail, or disclose it to others. This e-mail is not intended to waive the attorney-client privilege, or any other privilege. Thank you.