UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HAYLEY MAE ESSENBERG,

        Plaintiff,

v.

CLINTON COUNTY, MICHIGAN, *et al.*,

        Defendants.

_____/

Case No. 1:25-cv-368

Hon. Robert J. Jonker


## **ORDER**


This matter is before the Court on Defendants Clinton County, Sheriff Sean Dush, Clinton County Sheriff's Office and John Does' Motion to Compel Plaintiff's Answers to First Interrogatories and Requests for Production of Documents (ECF No. 32).   Plaintiff did not file a response to the motion.   The Court construes the motion as unopposed.

Accordingly, the motion is **GRANTED**.   Plaintiff shall provide full and complete answers to Defendants' First Interrogatories and Requests for Production of Documents within 14 days of the date of this Order. Failure to comply with this Order will result in sanctions, including defendants' cost and attorney fees incurred in filing the motion.


Dated: July 10, 2026

        /s/ Ray Kent
        RAY KENT
        United States Magistrate Judge