UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

HAYLEY MAE ESSENBERG,

Plaintiff,

Case No.: 25-cv-00368
Judge Robert J. Jonker
Mag. Judge Ray Kent

v.

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality, SHERIFF SEAN DUSH, individually and as employee/agent Clinton County, CLINTON COUNTY SHERIFF'S OFFICE, JOHN DOES, to be named individually and as employees/agents Clinton County ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation,

Defendants.

JACOB A. PERRONE (P71915)
Dragon Lawyers PC
Attorney for Plaintiff
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(844) 525-3529
Jacob.perrone@yahoo.com

TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Clinton County, Dush, Sheriff's Office and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com
tlange@cmda-law.com

DEVLIN K. SCARBER (P64532)
Chapman Law Group
Attorney for Advanced Correctional Healthcare
880 West Long Lake Road, Suite 150
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com
ltyrell@chapmanlawgroup.com

## STIPULATION TO ORDER TO AMEND CASE MANAGEMENT ORDER

The parties hereto, by and through their respective counsel of record, hereby stipulate and agree to entry of the attached Amended Case Management Order.

Additional time is necessary to complete discovery which is incomplete and ongoing. Additional time is necessary to adequately brief the important issues for facilitation and Dispositive Motions.

Defendants served Plaintiff with First Interrogatories and Requests to Produce on March 11, 2026. On April 15, 2026, Defendants sent correspondence to Plaintiff regarding the outstanding discovery responses and requesting a meet and confer. On April 21, 2026, the Parties agreed to meet and confer on April 29, 2026. Plaintiff also provided that answers to Defendants' discovery requests should be produced by April 29, 2026. During the April 29, 2026, meet and confer Plaintiff advised answers would be forthcoming. On May 4, 2026, Plaintiff advised that answers would be sent by May 5, 2026. On May 8, 2026, Plaintiff advised that answers would be produced by May 10, 2026. On May 28, 2026, Plaintiff advised that answers would be produced by May 29, 2026. Plaintiff did not produce any answers and Defendants filed a Motion to Compel on June 17, 2026 (**ECF No. 32**). On July 10, 2026, this Court granted Defendants' Motion and ordered Plaintiff to produce answers to Defendants' discovery by July 24, 2026 (**EFC No. 35**). On July 30, 2026, Plaintiff produced answers to discovery. On August 4, 2026, Plaintiff produced supplemental answers. The discovery responses are incomplete. The parties participated in a meet and confer on August 10, 2026, wherein it was agreed that Plaintiff will produce full and complete answers to Defendants' First Interrogatories and Requests to Produce

by August 21, 2026.

Additional time is necessary to complete important discovery. This lawsuit arises out of Plaintiff's allegations of failure to provide medical attention while in custody. However, Plaintiff has yet to identify her medical condition, identify her medical providers who diagnosed and treated the condition and identify the medical providers who treated her condition after the in-custody event. Plaintiff claims 4th, 5th and 14th Amendment violations. However, Plaintiff has yet to identify the factual basis for these claims or identify the witnesses and evidence upon which the claims are based.

The deadline to participate in facilitation is October 5, 2026. Discovery is scheduled to close on October 5, 2026. The Parties cannot participate in meaningful facilitation without the necessary discovery. The Parties cannot make important decisions regarding the need for medical experts without the pertinent medical records. The Plaintiff cannot be meaningfully deposed without records regarding her claims of damages and injury.

Therefore, the Parties seek to amend the Case Management Order to allow for continued discovery, including depositions, and to participate in a meaningful facilitation.

| | |
|---|---|
| /s/ Jacob A. Perrone (w/perm) | /s/ Timothy S. Ferrand |
| JACOB A. PERRONE (P71915) | TIMOTHY S. FERRAND (P39583) |
| Dragon Lawyers PC | Cummings, McClorey, Davis & Acho, PLC |
| Attorney for Plaintiff | Attorney for Clinton County, Dush, |

Sheriff's Office and John Does

/s/ Devlin K. Scarber (w/perm)
DEVLIN K. SCARBER (P64532)
Chapman Law Group
Attorney for Advanced Correctional Healthcare

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

HAYLEY MAE ESSENBERG,

Plaintiff,

v.

Case No.: 25-cv-00368
Judge Robert J. Jonker
Mag. Judge Ray Kent

CLINTON COUNTY, MICHIGAN, a state of Michigan municipality, SHERIFF SEAN DUSH, individually and as employee/agent Clinton County, CLINTON COUNTY SHERIFF'S OFFICE, JOHN DOES, to be named individually and as employees/agents Clinton County ADVANCED CORRECTIONAL HEALTHCARE, INC., an Illinois corporation

Defendants.

JACOB A. PERRONE (P71915)
Dragon Lawyers PC
Attorney for Plaintiff
325 East Grand River Ave., Suite 250
East Lansing, MI 48823
(844) 525-3529
Jacob.perrone@yahoo.com

TIMOTHY S. FERRAND (P39583)
Cummings, McClorey, Davis & Acho, PLC
Attorney for Clinton County, Dush, Sheriff's Office and John Does
19176 Hall Road, Suite 205
Clinton Township, MI 48038
(586) 228-5600
tferrand@cmda-law.com
tlange@cmda-law.com

DEVLIN K. SCARBER (P64532)
Chapman Law Group
Attorney for Advanced Correctional Healthcare
880 West Long Lake Road, Suite 150
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com
ltyrell@chapmanlawgroup.com

**ORDER TO AMEND CASE MANAGEMENT ORDER**

This matter having come before the Court on Stipulation and Agreement, by and between the parties hereto, through their counsel of record.

IT IS HEREBY ORDERED THAT the Court's Case Management Order is amended as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying experts (Rule 26(a)(2)(A)) | PL: June 2, 2026<br>DF: July 2, 2026 | PL: September 30, 2026<br>DF: October 30, 2026 |
| Disclosure of Expert Witness Reports (Rule 26(a)(2)(B)) | PL: August 3, 2026<br>DF: September 1, 2026 | PL: December 1, 2026<br>DF: December 30, 2026 |
| Completion of Discovery | October 5, 2026 | February 2, 2027 |
| Dispositive Motions | November 19, 2026 | March 19, 2027 |
| Settlement Conference | April 13, 2027<br>1:30 PM | To be scheduled by the Court |
| Final Pretrial Conference | May 20, 2027<br>3:00 PM | To be scheduled by the Court |
| ADR to Take Place on or Before: | October 5, 2026 | February 2, 2027 |

IT IS SO ORDERED.

Dated: ____________________

____________________________
Honorable Robert J. Jonker