UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYLEY MAE ESSENBERG,

Plaintiff,

v.

COUNTY OF CLINTON et al.,

Defendants.

Case No. 1:25-cv-368

Honorable Robert J. Jonker

# ORDER

In accordance with the opinion issued this date:

**IT IS ORDERED** that Defendant Advanced Correctional Healthcare, Inc.'s motion to dismiss (ECF No. 17) is **GRANTED**. Plaintiff's complaint against Advanced Correctional Healthcare, Inc. is **DISMISSED WITH PREJUDICE**.

Dated: September 3, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE