UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYLEY MAE ESSENBERG,

Plaintiff,

v.

CLINTON, COUNTY OF, et al.,

Defendants.
_______________________________/

Case No. 1:25−cv−00368−RJJ−RSK

Hon. Robert J. Jonker

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Stipulation and Proposed Order (separate documents) − #36<br>Motion for Sanctions − #37 |
| Date/Time: | October 16, 2026 11:00 AM<br>*(previously set for September 22, 2026 at 11:00 a.m.)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | by video |

RAY KENT
U.S. Magistrate Judge

Dated: September 10, 2026

By: /s/ Brenda Glass
Paralegal