UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAYLEY MAE ESSENBERG,

Plaintiff,

v.

COUNTY OF CLINTON, *et al.*,

Defendants.
_______________________________/

Case No. 1:24-cv-447

Hon. Robert J. Jonker

**ORDER TO SHOW CAUSE**

Plaintiff has repeatedly failed to prosecute this action, including the following failures: failure to timely respond to the Court's order directing Plaintiff to file notice of her true name (ECF No. 8); failure to respond to the Court's prior order to show cause (ECF No. 13); failure to respond to Defendants' First Interrogatories and Requests for Production of Documents; failure to respond to Defendants' Motion to Compel Answers to Defendants' First Interrogatories and Requests for Production of Documents; failure to comply with the Court's deadline for providing Answers to Defendants' First Interrogatories and Requests for Production of Documents (ECF No. 35); failure to comply with the Court's order to provide full and complete Answers to Defendants' First Interrogatories and Requests for Production of Documents (ECF No. 35); and failure to respond to Defendants' motion for sanctions (ECF No. 37).

Accordingly, plaintiff shall show cause, in writing, within twenty-one (21) days of the entry of this order, why her claims should not be dismissed without prejudice for failure to

prosecute this action. If good cause is not shown within that time, the Court may enter an order dismissing this action without prejudice. W.D.Mich. LCivR 41.1.

**IT IS SO ORDERED.**

Dated: October 26, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge